UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KARA L. MATTHEWS,<br>SSN: XXX-XX-1049,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | NO.: CV-17-66-GF-BMM<br><br><br>ORDER |

Plaintiff Kara L. Matthews ("Matthews"), by and through her attorney, John E. Seidlitz, Jr., moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), for attorney fees incurred in prosecuting her Social Security appeal. She requests $6,529.27 in fees. Defendant Commissioner of Social Security ("Commissioner") does not object to Matthews' application for fees in this amount.

Upon Plaintiff's Application for Award of Fees under the Equal Access to Justice Act, and for good cause showing:

IT IS HEREBY ORDERED that Matthews' Application for Award of EAJA Fees is GRANTED. Matthews' shall recover from the Commissioner $6,529.27 in fees, delivered to Plaintiff's attorney, John E.

1

Seidlitz, Jr., at P.O. Box 1581, Great Falls, MT 59403-1581.

DATED this 24th day of June, 2019.

_____
Brian Morris
United States District Court Judge